UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-6270-SNOW

IN RE: SEALED CRIMINAL COMPLAINT.
_____/

FILED BY____jz____D.C.

Apr 28, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the foregoing criminal complaint, affidavit, arrest warrant, bond recommendation, this motion, and any resulting order be SEALED until April 27, 2022, excepting the United States Attorney's Office and Law Enforcement Personnel, which may obtain copies of any criminal complaint, affidavit, arrest warrant, bond recommendation, this motion, or other sealed document for purposes of arrest, extradition, or any other necessary cause, for the reasons that the integrity of the ongoing investigation might be compromised, and the defendants might flee should knowledge of these documents become public.

Respectfully submitted,
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By:   /s/ Brooke Elise Latta
       BROOKE ELISE LATTA
       ASSISTANT UNITED STATES ATTORNEY
       Florida Bar No. 105315
       500 East Broward Blvd., Suite 700
       Fort Lauderdale, Florida, 33394
       (954) 619-7484