UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-6270-SNOW

IN RE: SEALED COMPLAINT

FILED BY ___jz___ D.C.

Apr 28, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## SEALING ORDER

THIS CAUSE is before the Court on the Government's Motion to Seal. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED and the following be **SEALED until the arrest of the Defendant or further Order of the Court**, with the exception of copies provided to law enforcement personnel:

1. Motion to Seal;

2. Complaint and Affidavit dated April 28, 2021;

3. Arrest Warrant dated April 28, 2021

4. Bond Recommendation, and

5. This Order.

DONE AND ORDERED at Fort Lauderdale, Florida, this 28th day of April, 2021.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Brooke Latta (FTL)