UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-6270-SNOW

IN Re: SEALED COMPLAINT

_____

**ORDER TO UNSEAL**

THIS CAUSE is before the Court sua sponte. Defendant, Cleon Kirlew was arrested April 30, 2021. Therefore, it is hereby

ORDERED AND ADJUDGED that the Clerk of the Court UNSEAL Case No. 21-6270-SNOW.

DONE AND ORDERED at Fort Lauderdale, Florida, this 30th day of April, 2021.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Brooke Latta (FTL)