UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLEON KIRLEW,

    Defendant.

CASE NO.:   21-MJ-6270

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL OF RECORD**

**COMES NOW** CARTER T. HILLSTROM, and files this appearance as temporary counsel of record for the above-named Defendant.

Respectfully submitted,

*/s/ Carter T. Hillstrom*
CARTER T. HILLSTROM
Attorney for the Defendant
Florida Bar # 26211
Shemtov & Hillstrom, PLLC
612 SE 5th Ave., Suite 4
Fort Lauderdale, FL 33301
(954) 329-2222
(954) 462-7237 FAX
carter@shlawfl.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by the CM/ECF system on all counsel or parties of record.

*/s/ Carter T. Hillstrom*
CARTER T. HILLSTROM