UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**
U.S. MAGISTRATE JUDGE JARED M. STRAUSS- FORT LAUDERDALE, FLORIDA (VIA ZOOM)

DEFT: CLEON KIRLEW (J)#42610-509       CASE NO: 21-6270-STRAUSS
AUSA: BROOKE LATTA                      ATTY: CARTER HILLSTROM
USPO:                                   VIOL: 18:U.S.C.§1591

PROCEEDING: PRETRIAL DETENTION HEARING   RECOMMENDED BOND:

BOND/PTD HEARING HELD - yes / no         COUNSEL APPOINTED:
BOND SET @:                              To be cosigned by:

❏ All standard conditions
❏ Do not encumber property.
❏ Surrender and / or do not obtain passports / travel documents.
❏ Rpt to PTS as directed / or_ x's a week/month by phone; _ x's a week/month in person.
❏ Random urine testing by Pretrial Services. Treatment as deemed necessary.
❏ Maintain or seek full - time employment.
❏ No contact with victims / witnesses.
❏ No firearms.
❏ Electronic Monitoring:
❏ Travel extended to:
❏ Other:

DEFENDANT APPEARING BY VIDEO CONFERENCE
CONSENTS TO PROCEED BY VIDEO
GOVERNMENT PROCEED BY PROFFER
COURT TAKES JUDICIAL NOTICE. SWORN/TEST
AGENT ANDY PALLEN (POLICE DEPT CITY OF FTL FBI HUMAN TRAFFICKING TASK FORCE) ADOPTING CRIMINAL AFFIDAVIT AS HIS DIRECT TESTIMONY
CROSS EXAMINED BY DEFENSE COUNSEL
COURT FINDS THERE'S PROBABLE CAUSE AND ORDERS
DEFENDANT DETAINED PENDING TRIAL. WRITTEN ORDER TO FOLLOW. TIME FROM TODAY 5/5/21 THROUGH 5/28/21 IS EXCLUDED UNDER SPEEDY TRIAL **

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:

REPORT RE COUNSEL:   FRIDAY MAY 14 2021 AT 11 AM DUTY MAGISTRATE

PTD/BOND HEARING:

ARRAIGN OR REMOVAL:   FRIDAY MAY 28, 2021 AT 11 AM DUTY MAGISTRATE

PRELIM/EXAM HRG

5/5/21   TIME: 11:00 AM   FTL/TAPE/# JMS-   Begin   DAR:

[1 HOUR] *** RECORDED BY ZOOM 310 JUDGE HUNT'S COURTROOM**
***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT *** (YES OR NO) DAR:15:06:51-16:07:46