UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-MJ-06270-SNOW

**UNITED STATES OF AMERICA**

vs.

**CLEON KIRLEW,**

    **Defendant.**
_____/

## GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT

The United States of America, by and through undersigned Assistant United States Attorney, hereby files this Unopposed Motion to Continue Arraignment, and respectfully moves this Court for an Order continuing the Arraignment in the above-referenced matter.

1. On April 28, 2021, the Defendant was charged by way of a criminal complaint, with sex trafficking of a minor, in violation of 18 U.S.C. § 1591(a)(1), (b)(1), and (c) (DE:1).

2. Defendant's initial appearance occurred on April 30, 2021 (DE:8). Shortly thereafter, and following a detention hearing, the Defendant was ordered detained pending trial (DE:9).

3. The Court scheduled Arraignment for May 28, 2021 (DE:9).

4. The Chief Judge for the Southern District of Florida entered several administrative orders continuing jury trials and trial deadlines due to the COVID-19 pandemic. Specifically, on February 10, 2021, the most recent order, Administrative Order 2021-12 ("AO 2021-12"), continued all jury trials "scheduled to begin on or after March 30, 2020. . . until May 3, 2021." AO 2021-12 also continued all "trial-specific deadlines in criminal cases scheduled to begin before

May 3, 2021 . . . pending further Order of the Court." AO 2021-12 lastly advised that there be "no more than two grand jury sessions per week." Administrative Order 2021-12, ¶ 6,7,14.

5. To date, the Defendant has not been indicted nor has an Information been filed in this case.

6. Based on the foregoing, and the time constraints with which the United States has in presenting this case to the Grand Jury, the United States request that this Court continue the Defendant's Arraignment until June 11, 2021.

7. The United States further requests, as supported by AO 2021-12, that the time period of any continuance entered as a result of AO 2021-12 should be excluded under the Speed Trial Act as the continuance serves the ends of justice and outweighs the interests of the parties and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A); *see also* Administrative Order 2020-41, ¶ 15; Administrative Order 2020-24, ¶ 6; Administrative Order 2020-21, ¶ 6; Administrative Order 2020-18, ¶ 6.

8. The undersigned has conferred with counsel for the defense, Carter Hillstrom, who has advised he has no objections to the Motion.

                Respectfully submitted,

                JUAN ANTONIO GONZALEZ
                ACTING UNITED STATES ATTORNEY

BY:   */S/ Brooke Elise LAtta*
       BROOKE ELISE LATTA
       Assistant United States Attorney
       Florida Bar No. 105315
       500 East Broward Blvd., Suite 700
       Fort Lauderdale, Florida 33394

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-MJ-06270-SNOW

**UNITED STATES OF AMERICA**

vs.

**CLEON KIRLEW,**

    **Defendant.**
_____/

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT

THIS CAUSE having come before the Court on the United States' Unopposed Motion to Continue Arraignment (the "Motion"), and the Court being fully advised in the premises, it is hereby ORDERED that Motion is GRANTED, and Arraignment is continued until June 11, 2021. In light of the COVID-19 pandemic, the time period of the continuance is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as serving the ends of justice.

DONE AND ORDERED in chambers at Broward County, in the Southern District of Florida, this ___ day of May, 2021.

                                                                               _____
                                                                               HONORABLE LURANA S. SNOW
                                                                               UNITED STATES MAGISTRATE JUDGE

cc:    Brooke Elise Latta, AUSA
        Carter Hillstrom, Counsel for Defendant

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will serve a Notice of Electronic Filing on all counsel of record.

                                             */S/ Brooke Elise Latta*
                                             BROOKE ELISE LATTA
                                             Assistant United States Attorney